■ In the Matter of ARTHUR FRAZIER, Petitioner, v DEBORAH WASSEL et al., Respondents. [18 NYS3d 870]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, in effect, to compel the respondents to vacate the sentences imposed upon the petitioner's convictions under Queens County indictment Nos. 2446/92, 2275/93 and 3424/93, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to

compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner failed to demonstrate a clear legal right to the relief sought. Leventhal, J.P., Cohen, Duffy and LaSalle, JJ., concur.